# EXHIBIT 1

# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI



| Judge or Division:<br>PATRICK WILLIAM CAMPBELL | Case Number: 2016-CV15919 | ORIGINAL<br>MAKE YOUR RETURN ON THE<br>WRIT AND FORWARD TO<br>DEPT. OF CIVIL RECORDS<br>AT KANSAS CITY, MO. |
|---|---|---|
| Plaintiff/Petitioner:<br>LARONDA PHOX<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>LARONDA PHOX<br>3921 NORTON AVE<br>KANSAS CITY, MO 64130 | |
| Defendant/Respondent:<br>21C MUSEUM HOTEL | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: 21C MUSEUM HOTEL
219 W 9TH ST                 Alias:
KANSAS CITY, MO 64105                    *Bettmer*

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-SEP-2020
Date

**JACKSON COUNTY**

Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by (check one)

---

## CORPORATION – PERSON IN CHARGE

I certify that I have served the within summons in Jackson County, Missouri, upon the within-named defendant corporation, ___21C Museum Hotel___, by leaving a copy of the summons and a copy of the petition at the business office of said defendant corporation with ___Mikala Williams - FDS___, who said he/she was the person in charge thereof.

Place of service: ___219 W 9th St KCMO 64105___
Date of service: ___9/22/20___
Time of service: ___12:20 pm___

**DEPARTMENT OF CIVIL PROCESS**
**COURT ADMINISTRATOR'S OFFICE**
**CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

By ___Mashelle Bettmer___
DEPUTY

CIRCT 3033 2/12

---

| | |
|---|---|
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 20-SMCC-8212   1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

LARONDA PHOX

                     **PLAINTIFF(S),**                    **CASE NO.** 2016-CV15919

**VS.**                                                 **DIVISION 10**

21C MUSEUM HOTEL **ET AL**

                     **DEFENDANT(S),**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **PATRICK WILLIAM CAMPBELL** on **19-NOV-2020** in **DIVISION 10** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ PATRICK WILLIAM CAMPBELL
PATRICK WILLIAM CAMPBELL, **Circuit Judge**

### Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
LARONDA PHOX, 3921 NORTON AVE, KANSAS CITY, MO 64130

Defendant(s):
21C MUSEUM HOTEL
THE SAVOY AT 21C

Dated: 15-SEP-2020

MARY A. MARQUEZ
Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT **COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division:<br>PATRICK WILLIAM CAMPBELL | **Case Number: 2016-CV15919** |
|---|---|
| Plaintiff/Petitioner:<br>LARONDA PHOX<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>LARONDA PHOX<br>3921 NORTON AVE<br>KANSAS CITY, MO 64130 |
| Defendant/Respondent:<br>21C MUSEUM HOTEL | Court Address:<br>415 E 12th |
| Nature of Suit:<br>CC Pers Injury-Other | KANSAS CITY, MO 64106 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **21C MUSEUM HOTEL**
**Alias:**

**219 W 9TH ST**
**KANSAS CITY, MO 64105**

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-SEP-2020
Date _____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*        Subscribed and sworn to before me on _____ (date).

My commission expires: _____       _____
Date                                            Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-8212** 1 of 1 (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00846-SRB Document 1-1 Filed 10/20/20 Page 5 of 26

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

<div align="center">Circuit Court of Jackson County</div>

6/2020



# IN THE 16TH JUDICIAL CIRCUIT **COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division:<br>PATRICK WILLIAM CAMPBELL | Case Number:  2016-CV15919 |
|---|---|
| Plaintiff/Petitioner:<br>LARONDA PHOX<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>LARONDA PHOX<br>3921 NORTON AVE<br>KANSAS CITY, MO  64130 |
| Defendant/Respondent:<br>21C MUSEUM HOTEL | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Other | |
| | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:**  **THE SAVOY AT 21C**<br>**Alias:**<br><br>**219 W 9TH ST**<br>**KANSAS CITY, MO  64105** | |

**COURT SEAL OF**

**JACKSON COUNTY**

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

15-SEP-2020
_____            _____
Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____            _____
                                                    Date                                             Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $      10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

**CASE NUMBER: 2016-CV15919**

☒ **SUMMONS ISSUED**    ☐ **ALIAS ISSUED**    ☐**OTHER**

| DATE | NO. ISSUED | COUNTY/STATE | PLEADINGS INCLUDED |
|---|---|---|---|
| 9/15/20 | 2 | JACKSON COUNTY, MO PUT IN CIVIL PROCESS BUCKET | COPY OF NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION, PETITION |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **NOTICE OF CASE MANAGEMENT CONFERENCE MAILED TO PRO SE** |
| | | | |
| | | | |

# ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS

BY:_____DATE:_____

# FEES PAID

| DATE | CHECK #/AMOUNT OF CHECK | COUNTY/STATE |
|---|---|---|
| | | |
| | | |
| | | |

**SUMMONS PREPARED BY:  Peggy Holley – DCA**

CIRCT 2552 – 12/94

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | | |
|---|---|---|
| LARONDA PHOX | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 2016-CV15919 |
| v. | ) | Division 10 |
| | ) | |
| 21C MUSEUM HOTEL | ) | |
| Defendant. | ) | |

## ORDER GRANTING IN FORMA PAUPERIS

On this 14th day of September, 2020, the Court having reviewed Plaintiff's original

motion to proceed in forma pauperis and the supplemental filing filed August 5, 2020, hereby

GRANTS Plaintiff's Motion to Proceed In Forma Pauperis. This order hereby quashes the order

denying Plaintiff's motion filed September 1, 2020.


**IT IS SO ORDERED.**


___14-Sep-2020___        _(signature)_
Date        **HONORABLE PATRICK WILLIAM CAMPBELL**


**CERTIFICATE OF SERVICE**
I hereby certify that copies of the above and foregoing were
mailed/emailed/faxed on this 14th day of September, 2020 to:
LARONDA PHOX, Plaintiff Acting Pro Se, 3921 NORTON AVE, KANSAS CITY, MO 64130

_(signature)_
Law Clerk or JAA, Division 10

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
☒ **AT KANSAS CITY**    ☐ AT INDEPENDENCE

**RE**:    LARONDA PHOX V 21C MUSEUM HOTEL ET AL
**CASE NO:**    2016-CV15919

**TO:**    **LARONDA PHOX**
**3921 NORTON AVE**
**KANSAS CITY, MO  64130**

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on <u>July 31, 2020</u>. However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☒ **Additional service instructions are needed.**
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER:    Please see the attached Order for Informa Pauperis.  Because your Informa Pauperis has been denied you will need to provide us with the required filing fee of $115.50.  You will also need to provide us with service instructions for the defendants in this case.  If service will be done by the Jackson County Sheriff you will need to provide us with the required service fee of $36.00 per defendant.  If service will be done by a private process server you will need to provide us with a Motion and Order for Appointment of Private Process Server with the required PPS20 number(s) on it.**
☒ **Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.**
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

<u>**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.  Collection efforts will be pursued for these costs.**</u>

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed SEPTEMBER 2, 2020 to:

**COURT ADMINISTRATOR'S OFFICE**
**DEPARTMENT OF CIVIL RECORDS**
**CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

_____
**SEPTEMBER 2, 2020**
**Date**

By _____
**Deputy Court Administrator**
☒ **415 East 12th St., Kansas City, Missouri 64106**
☐ **308 W. Kansas, Independence, Missouri 64050**



## IN THE 16th JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division: | Case Number: **2016-CV15919** | |
|---|---|---|
| Petitioner: La Ronda Phox <br><br> SSN: Redacted    vs. | Petitioner's Address/Telephone: <br> 3921 Norton Ave, <br> Kansas City, MO 64130 <br> 816-679-0566 | FILED CIRCUIT COURT JACKSON CO., MO-I <br> 20 JUL 31 PM 3:28 <br> BY |
| Respondent: The Savoy at 21C and 21C Museum Hotel <br><br> SSN: | Respondent's Address/Telephone: <br> 219 W. 9th St, MO 6405 <br> Kansas City, MO 64105 <br> 816-443-4200 | (Date File Stamp) |

### Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: Divorced | If Married, Spouse's name: | | Number of dependents: 2 |
|---|---|---|---|

(Include Spouse's Income and Expenses if Married)

| **Monthly Income** | | **Monthly Expenses** | |
|---|---|---|---|
| Gross salary (before deductions) | $ 2,144.00 | ☐ Mortgage ☐ Rent Payment | $ |
| Public assistance | $ | Utilities | $ 111.00 |
| Retirement/Pension | $ 122,39 | Food | $ 200.00 |
| Social Security | $ | Payment on debts & credit cards | $ |
| Child Support | $ | Child Support | $ |
| Maintenance | $ | Maintenance, Auto Ins, Gas | $ 150.00 |
| Other income to be considered | $ | Medical expenses to be considered | $ 175.70 |
| | | phone | 50.00 |
| | | Charitable Contributions | 182.00 |
| **Total Monthly Income** | $ 2,266.39 | **Total Monthly Expenses** | $ 868.70 |

| **Assets** | | **Debts** | |
|---|---|---|---|
| Cash on Hand | $ 0 | Home loan balance | $ |
| Bank Accounts: | $ | Automobile loan(s) | $ |
|   Checking | $ 5,83.09 | Credit card balance(s) | $ |
|   Savings | $ | Other debts to be considered | $ |
| Approximate value of home | $ 15,000.00 | School loan | $ 4,519.40 |
|   And/or other real estate | $ | | $ |
| Approximate value of automobile(s) | $ 650.00 | | $ |
|   (1) yr/make 01 Hyundai Accent | | | $ |
|   (2) yr/make | | | $ |
| Approximate value of personal | | | $ |
|   Possessions (list) | | | $ |
| | $ | | |
| | $ | | |
| | $ | | |
| **Total Assets** | $ 15,583.09 <br> 16,233.09 | **Total Debts** | $ 4,519.40 |

(See Attachment)

Rule 77.03, Section 514.040 RSMo

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

_July 31, 2020_
Date

_La Ronda Phox_
Your Signature

## Order to Proceed as a Poor Person

☐ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that
_____ is without sufficient funds or assets with which to pay the advance deposit
for costs in this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for
costs is waived.

☒ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that
__Petitioner, La Ronda Phox,_____ has sufficient funds or assets with which to pay the advance deposit
for costs in this action, and therefore, the Motion is denied.

_01-Sep-2020_
Date

Commissioner/Judge

2 of 2

Rule 77.03, Section 514.040 RSMo

LaRonda Phox
3921 Norton Ave.
Kansas City, MO 64130
816-679-0566
Lphox@hotmail.com

July 31, 2020

16th Circuit Court Of
Jackson County, Missouri
415 East 12th Street
Kansas City, MO 64106

To Whom It May Concern:

I am writing to explain my expenses and assets.

I was only employed for 3-weeks in **Jan. 2020** and my gross pay was $1,093.17. From **1/24/2020** until **6/8/2020** my only income was the pension shown.

The gross monthly salary before deductions is from my current employer and as of today from **6/8/2020** until **7/18/2020,** my gross wages are $3,231.01.

Also, this house for which I reside is in a trust and I only own it at 80%, and because it is in a trust, is the reason, I have not been able to qualify for the assistance from the many different organizations that do offer help, based on my income at the time I was unemployed, and prior too, was the reasons for the denial of help.

I have not been able to afford the much needed repairs of the plumbing and roof replacement and now believe there are also foundational issues.

Therefore, I am currently trying to save, to start having some of these house repair issues resolved, ASAP.

WHEREFORE, I wanted to make clarifications of what my true status and financial status, is as of today.

Sincerely,

*LaRonda Phox*

LaRonda Phox.

**IN THE CIRCUIT COURT OF JACKSON COUNTY MISSOURI**
**CIRCUIT DIVISION**
**AT KANSAS CITY**

FILED
CIVIL RECORDS
08-05-2020 17:48
CIRCUIT COURT OF JACKSON COUNTY, MO
BY _Christina Tana_

LARONDA PHOX,

        Plaintiff

    V.

        Case No.  2016-CV15919

21C Museum Hotel, et al

        Defendant.

_____/

### PLAINTIFF'S NOTICE TO INFORM of Changes

    The Plaintiff, LaRonda Phox hereby is sending a Notice to Inform of Changes with

updated info. as to the Informa Pauperus Statement form that was recently submitted for

consideration.  As of today, I am no longer employed.

    WHEREFORE, I am requesting this updated information, to be considered.

Dated: August 5, 2020

               Respectfully Submitted,

               LaRonda Phox
               3921 Norton Ave.
               Kansas City, MO 64130
               816-679-0566

### VERIFICATION of STATEMENT

State of MO
County of Jackson
    BEFORE ME, personally appeared LaRonda Phox, who, being by me first duly sworn
and identified in accordance with MO law, deposes and says:

1. My name is LaRonda Phox, Plaintiff herein.
2. I have read and understood the attached foregoing complaint filed herein, and each fact
alleged therein is true and correct of my own personal knowledge.
FUTHER THE AFFIANT SAYETH NAUGHT.

_LaRonda Phox, Affiant_

## CERTIFICATE OF SERVICE

I UNDER PENALTY OF PERJURY, I CERTIFY the Plaintiff's Notice To Inform Of Changes was emailed to civilrecords@courts.mo.gov of the 16th Circuit Court of Jackson County, MO, on this 5th day of August, 2020.

Respectfully Submitted,

LaRonda Phox, Plaintiff

## IN THE CIRCUIT COURT OF JACKSON COUNTY MISSOURI
## CIRCUIT DIVISION
## AT KANSAS CITY

LARONDA PHOX,

        Plaintiff

    V.                                Case. No 2016-CV15919

21C Museum Hotel, et al

        Defendant.

      _____/

### PLAINTIFF'S MOTION TO AMEND THE INFORMA PAUERIS FORM

The Plaintiff, LaRonda Phox has noticed the income received from a former employer,

was reported incorrectly, and wants to amend. The gross income received from the 3-weeks of

work, received in January 2020 was $1,956.21.

WHEREFORE, this amended statement is now accurate.

Dated: August 4, 2020                              Respectfully Submitted,

                                              LaRonda Phox
                                              3921 Norton Ave.
                                        Kansas City, MO 64130
                                           816-679-0566

### VERIFICATION of STATEMENT

State of MO
County of Jackson
      BEFORE ME, personally appeared LaRonda Phox, who, being by me first duly sworn
and identified in accordance with MO law, deposes and says:

1. My name is LaRonda Phox, Plaintiff herein.
2. I have read and understood the attached foregoing complaint filed herein, and each fact
alleged therein is true and correct of my own personal knowledge.
FUTHER THE AFFIANT SAYETH NAUGHT.

_[signature]_

LaRonda Phox, Affiant

## CERTIFICATE OF SERVICE

I UNDER PENALTY OF PERJURY, I CERTIFY the Plaintiff's Motion To Amend The Informa Paueris Form was emailed to civilrecords@courts.mo.gov of the 16ᵗʰ Circuit Court of Jackson County, MO, on this 4ᵗʰ day of August, 2020.

Respectfully Submitted,

_[signature]_

LaRonda Phox, Plaintiff

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

## CIRCUIT DIVISION

LaRonda Phox,

     Plaintiff

    V.

21C Museum Hotel of Kansas City, MO  and
The Savoy at 21C

     Defendant.

_____/

**2016-CV15919**

Case No.
**DEMAND JURY TRIAL**

FILED
CIRCUIT COURT
JACKSON CO., MO-1
20 JUL 31  PM 3:37
BY___

## COMPLAINT

Plaintiff, LaRonda Phox, brings forth the following causes of action and alleges the following.

This is a suit for money damages against, Defendants, 21C Museum Hotel and The Savoy at 21C, and states:

## JURISDICTION AND VENUE

The Plaintiff alleges in this complaint, that this is an action for money damages in access of $25,000.00.

This Court has jurisdiction.  Venue is proper before this Court pursuant to MO Rev Stat § 290.527 in this Action for the underpayment and non-payment of wages, Federal Fair Labor Standards Act, and the Missouri State Clean Indoor Air Law.

The Plaintiff resides where the violation alleged to have been committed occurred, and the Defendant's, had their principal place of business."

All acts necessary or precedent to the bringing of this lawsuit occurred in Jackson

County, MO.

## PARTIES

1. Plaintiff- LaRonda Phox, is a citizen and resident of Kansas City, Jackson County, MO.

2. Defendant-The Savoy at 21C is a Restaurant operating inside of the 21C Museum Hotel in Jackson County, MO.

3. Defendant-21C Museum Hotel is an operating business in Jackson County, MO.

## GENERAL FACTUAL ALLEGATIONS

4. The Plaintiff was a former employee at The Savoy at 21C from **7/9/18** until **10/12/18.**

5. The Plaintiff's was hired as a Server

6. The Plaintiff's position on or about **7/20/18** was then changed without notice or reasons given to an IRD/Runner, who would then take orders and deliver the guest meals to their hotel room.

7. There was misrepresentation when the Plaintiff was told when hired, and did so for approx. 6-wks. that if she received any cash tips, how she needed to report $0.00 on the Daily Ending Servers Tip Report Sheets and hand over the cash. Therefore, there is a dispute with the pay not received.

8. There is an alleged tip theft when a Manager, would confiscate the Plaintiff's tips when he delivered an order to Room Service and received a tip that should of went to the Plaintiff, but then did give it to another Server(s).

9. The Plaintiff was not compensated for when she attended a mandatory Art Show, twice.

10. There is a dispute when the Plaintiff was told, by a Manager, that we had to work 3-hrs. and earn less than $35.00 in tips, in order to be paid, the allotted $35.00.

11. Plaintiff was told then told later by Management that we had to work 4-hours on the weekdays and 3.5 hours on the weekend and earn less than $35.00 in tips to earn the $35.00 allotment.

12. (All of the Tip Pool Breakdown Sheets received states that 4.0 hours are required to earn the $35.00 allotment).

13. The Plaintiff did not receive the tips as a Server or (IRD), when she received tips, that were given at 18% of total cost of the food receipt.

14. The Plaintiff did not receive her tips when a large group at the restaurant or hotel guests, would have the tips charged to 1- room. Therefore, this was a dispute when this pay was not received, by the Plaintiff.

15. The Plaintiff was significantly mistreated and complained in the terms and conditions of her employment, alleges disparate treatment as she was treated differently than other employees who were similarly situated, when she did not receive the perks, such as others. Eventually, she was given some, but not all perks requested.

16. There were disparities when a server was given a gift certificate for her grandson's birthday. The Plaintiff is a mother of-2 and 6-grandkids and was not offered the same gift certificates.

17. Another Server, was offered a gift certificate, and Management said it was because he was doing a great job and trained a new hire. The Plaintiff was never given such as she too, had trained others and as the other Managers, would repeatedly give compliments to the Plaintiff, for doing a great job, a gift certificate was never received for the same performance.

18. While employed, the Plaintiff was never shown, after making several requests to see her employment files, which should and would of consisted of the Tip Pay Sheets and all of the other paper work, that a Server was expected, to turn in at the end of their shift. This may could have allowed us to resolve any disputes, but the employment files, were never given.

19. The Plaintiff, had requested a copy as she had been of the Tip Pool Sheets, and was told one day by the Food & Bev. Dir. that she now had to hand write down the info. as others continued to receive copies.

20. At the 21C Museum Hotel, a group of musicians "The Amigo's and Drake" In early August 2018, were allowed to smoke marijuana continuously, 24/7 daily in the rooms for approx. I-week, where the smoke was smelled throughout the whole hotel, restaurant and kitchen during this whole time, while in violations of the Hotel/Restaurants own smoking policies.

21. The 21C Museum Hotels states the following smoking policy:

    Thinking of lighting up? No butts about it. We have a strict NO SMOKING policy. A $250 deep cleaning fee will be charged to any room that smells of smoke.

22. The strong scent of the smell of the marijuana was immediately present, upon the entrance and throughout all areas of every floor, during this whole time, despite the complaints and concerns of others.

23. At the end of the week, while the musicians were there, there were electrical fans placed in the hallways of every other floor, which did not resolve the problem, as one believes the guests, should have been asked to leave or refrain from such, and were not.

24. The Plaintiff's health was put at risk as this had caused her to start back to smoking cigarettes and have suffered as a result.

Case 4:20-cv-00846-SRB   Document 1-1   Filed 10/20/20   Page 22 of 26

25. As a Direct and foreseeable result of the acts, the Plaintiff has suffered damages.

## COUNT 1-BREACH OF FIDUCIARY DUTY

26. Plaintiff re-alleges and restates the foregoing jurisdictional allegations and general factual allegations.

27. The Savoy at 21C breached their fiduciary duty when the Plaintiff was not properly compensated for the 1st day hired, when filling out the paperwork, as she was told, she would be.

28. The Savoy at 21C failed to properly inform the Plaintiff about the proper reporting of her wages and tips.

29. As a direct and proximate cause of the conduct alleged herein, the Plaintiff have suffered damages when she was not properly compensated.

## COUNT 2-UNFAIR DISPARATE TREATMENT

30. Plaintiff   re-alleges and restates the foregoing jurisdictional allegations and general factual allegations.

31. The Savoy at 21 C purposefully treated the Plaintiff in a way that resulted in a negative impact.

32. The Savoy at 21C routinely violated the Federal Fair Labor Standards Act, by forcing the Plaintiff to complete excessive "side work," when the Plaintiff would spend more than 20% of her time performing side work. at the beginning, during and after her shift, while failing to pay her at the required federal minimum wage.

33. As a direct and proximate cause of the conduct alleged herein, the Plaintiff have suffered embarrassment, humiliation, mental anguish and distress, and she have suffered damages when she was not properly compensated.

## COUNT 3-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

34.    Plaintiff   re-alleges and restates the foregoing jurisdictional allegations and general
       factual allegations.

35.    There was constant misrepresentation, about the Plaintiff's pay.

36.    The Savoy at 21 C acted intentionally or recklessly, when she was repeatedly called into
       meetings, by different Management.

37.    The Savoy at 21C's conduct was extreme and outrageous, when many times, they would
       not allow the Plaintiff to speak about the issues of concerns in the meetings of
       Management

38.    This also is a cause of continuing to smoke cigarettes is from the severe emotional
       distress.

39.    As a Direct and foreseeable result of the acts, the Plaintiff had incurred expenses and
       other economical and non-economical damages.

## COUNT 4-NEGLIGENCE

40.    Plaintiff   re-alleges and restates the foregoing jurisdictional allegations and general
       factual allegations.

41.    No employee or the other guests should not have to breathe secondhand marijuana
       smoke, while at work or as a guest.

       Smokefree is Smokefree

       Secondhand marijuana smoke contains many of the same cancer-causing substances and
       toxic chemicals as secondhand tobacco smoke including 3-times the amount of ammonia
       and significant levels of mercury, lead, formaldehyde, benzene, hydrogen cyanide, &
       toluene.

42.    The 21C Museum Hotel did not to honor their own smoking policies and therefore was
       negligent and breached their duty and is liable, as the conduct resulted in harm, which
       relates to the harm as foreseeable.

Smokefree Air

Second-hand smoke is also called passive smoke. It is both kinds of smoke from burning tobacco:

- Side-stream smoke from the end of a lighted cigarette, pipe, or cigar, and

- Mainstream smoke that a smoker breathes out.

There is no safe level of exposure to secondhand smoke. Non-smokers who breathe in secondhand smoke take in nicotine and other toxic chemicals just like smokers do. Studies have shown that even low levels of secondhand smoke exposure can be harmful.

The only way to completely protect nonsmokers from secondhand smoke is to remove smoking in public spaces. Separate smoking sections and filtration systems cannot completely remove secondhand smoke from the air.

43. As a Direct and foreseeable result of the acts, the Plaintiff had incurred expenses and other economical and non-economical damages.

44. Plaintiff incorporates by reference paragraphs 1 through 43 above.

**WHEREFORE,** the Plaintiff, LaRonda Phox demands judgment for money damages, against The Savoy at 21C and the 21C Museum Hotel together with such relief under the circumstances.

As a direct and proximate cause of the conduct alleged herein, the Plaintiff have suffered front and back pay and continue to suffer the following:

a.   General Damages
    1.   Pain, Suffering and Inconvenience
    2.   Emotional Distress
    3.   Loss of Enjoyment of Life
b.   Special Damages
    1.   Loss-Out of pocket

The Plaintiff demands a Jury Trial and seeks a monetary award, of $185.000.00 for the caused loss and damages of front and back pay, plus Interest, equitable damages and attorney's fees, and Punitive Damages in this suit, as the wrongs against the Plaintiff that shows a pattern and practice from all involved for the caused loss and damages.

Dated: July 31, 2020

Respectfully Submitted,

*LaRonda Phox*

LaRonda Phox

## VERIFICATION of STATEMENT

State of MO
County of Jackson

BEFORE ME, personally appeared LaRonda Phox, who, being by me first duly sworn and identified in accordance with MO law, deposes and says:

1. My name is LaRonda Phox, Plaintiff herein.
2. I have read and understood the attached foregoing complaint filed herein, and each fact alleged therein is true and correct of my own personal knowledge.
FUTHER THE AFFIANT SAYETH NAUGHT.

*LaRonda Phox*

LaRonda Phox, Affiant

SWORN TO and SUBCRIBED before me this 31ˢᵗ day of July , 20

_____
Notary Public

G. SCIARA
NOTARY My Commission Expires
SEAL April 29, 2023
Clay County
Commission # S15038552

4·29·2023
My Commission Expires

## CERTIFICATE OF SERVICE

I UNDER PENALTY OF PERJURY, I CERTIFY the Plaintiff's Complaint, was hand-delivered to the 16th Circuit Courts of Jackson County, of Kansas City, MO, 64106, on this 31ˢᵗ day of July, 2020.

Respectfully Submitted,

*LaRonda Phox*

LaRonda Phox, Plaintiff